

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

May 21, 2024

**Via CM/ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York

The request is GRANTED.  The parties shall have until June 21, 2024 to move to reopen the case.

Dated: May 21, 2024
          New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

RE:    *Wahab v. Karen Lazar Design, Inc.*
        Case No.: 1:24-cv-00584-JLR

Dear Judge Rochon:

We represent the Plaintiff in the above-referenced matter.  We write jointly with Defendant's counsel to respectfully request a thirty (30) day extension of time for the parties to file any application to reopen this matter.  The new due date would be June 21, 2024.  The requested extension will afford the parties an opportunity to finalize our settlement papers.

This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.